UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEPTALI EDUARDO PEREZ GRANADO,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | No. 1:26-cv-05166-DJC-CSK<br><br>ORDER |

Petitioner filed a Petition for Writ of Habeas Corpus on July 7, 2026. (ECF No. 1.) Based on the information therein, the Court ordered a return from the Government under 8 U.S.C. § 2243. (ECF No. 7.) In the Petition, Petitioner asserted that he had received a bond hearing but that "the immigration judge [sic] refusal to exercise jurisdiction resulted in a complete denial of a bond hearing, effectively depriving petitioner of any mechanism to challenge detention." (ECF No. 1 at 7.) However, Respondents have now provided documentation showing that Petitioner received a substantive bond determination from an Immigration Judge where Petitioner was found to be such a risk of flight that no amount of bond was appropriate. (ECF No. 8-1.)

Accordingly, as Petitioner has received a substantive review of his present detention, the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED. This denial is without prejudice to Petitioner raising a separate challenge to his present detention on any other basis. The Clerk of Court is directed to close this case. This order resolves all pending motions.

IT IS SO ORDERED.

Dated: **July 29, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE